Amanda E. Glowacki, Esq.  (IN #29972-21)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  aglowacki@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; CHASE HOME LENDING a subsidiary of JP MORGAN CHASE, N.A.; SETER US, INC., formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.;<br>          Defendants. | CASE NO. 5:12-cv-00498-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Timothy Zorio, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                              Respectfully submitted,

Date:   5/31/2012

*s/ Anita L. Steburg* (w/consent)
Anita L. Steburg, Esq.
Steburg Law Firm
1798 Technology Drive, Suite 258
San Jose, CA  95110
Telephone:  408-573-1122
Fax:  408-573-1126
E-mail:  anita@steburglawfirm.com

*Counsel for Timothy Zorio*

Date:  June 1, 2012

*s/ Amanda E. Glowacki*
Amanda E. Glowacki, Esq.  (IN #29972-21)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax:  317-363-2257
E-Mail:  aglowacki@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan,  Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone: 415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
              scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Timothy Zorio and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: June 11, 2012                          *Lucy H. Koh*
                                             _____
                                             JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Anita Louise Steburg, Esq. <br> anita@steburglawfirm.com | Timothy Matthew Ryan, Esq. <br> ecf@theryanfirm.com |
|---|---|
| Michael Robert McLively, Esq. <br> mrmclively@jonesday.com | Sumana Cooppan, Esq. <br> scooppan@rbg-law.com |
| David Owens, Esq. <br> owensd2@bryancave.com | Amanda E. Glowacki, Esq. <br> aglowacki@schuckitlaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:12-CV-00498-LHK**