Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
TIMOTHY ZORIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; CHASE HOME LENDING a subsidiary of JP MORGAN CHASE, N.A.; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>Defendants. | Case No.: CV12-00498 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

1

1
2
3
4       **IT IS HEREBY STIPULATED** by and between plaintiff Timothy Zorio and Defendant
5  Experian Information Solutions, Inc., that the above-captioned action be and hereby is dismissed
6  with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
7
8                                          Respectfully Submitted,
9
10  DATED: September 26, 2012          STEBURG LAW FIRM
11
12                                     By:    /s/ Anita L. Steburg
                                              Anita L. Steburg
13                                            Attorney for Plaintiff
                                              TIMOTHY ZORIO
14
15
16  DATED:  September 26, 2012         JONES DAY
17
18                                     By:    /s/ Michael R. McLively
                                              Michael R. McLively
19                                            Attorney for Defendant
                                              EXPERIAN INFORMATION SOLUTIONS,
20                                            INC.
21
22
23
24
25
26
27
28

2

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 12-CV-00498-LHK**

PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff Timothy Zorio and Defendant Experian Information Solutions, Inc. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: September 27, 2012

_____
UNITED STATES DISTRICT JUDGE
Lucy H. Koh

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 12-CV-00498-LHK**