UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY ZORIO, an individual, | Case No.: 5:12-cv-00498-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE CONSENT OR DECLINATION |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C; EQUIFAX INFORMATION SERVICES, L.L.C; CHASE HOME LENDING, a subsidiary of JP MORGAN CHASE, N.A.; SETERUS, INC., formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC., | |
| Defendants. | |

Pursuant to this Court's Order, ECF No. 59, the parties have filed status reports. Plaintiff Timothy Zorio and Defendant Seterus, Inc. have indicated that they will consent to proceed before a Magistrate Judge for all purposes. ECF Nos. 61, 64. Defendant JP Morgan Chase indicated in its status update only that the parties have not agreed to proceed before a Magistrate Judge, but did not indicate whether JP Morgan Chase would be willing to consent. The party who declined to proceed before a Magistrate Judge and requested reassignment to a District Judge, Experian Solutions, Inc., ECF No. 16, was dismissed from the case on September 27, 2012. ECF No. 56.

Plaintiff previously filed a consent to proceed before a Magistrate Judge on February 23, 2012. ECF No. 8. Defendants JP Morgan Chase and Seterus, Inc. are hereby ordered to file a

consent or declination to proceed before a Magistrate Judge for all purposes by Friday, October 26, 2012 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: October 24, 2012

_____
LUCY H. KOH
United States District Judge