**BRYAN CAVE LLP**
Daniel Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
David A. Owens, California Bar No. 273179
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: daniel.rockey@bryancave.com
goli.mahdavi@bryancave.com
owensd2@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C; EQUIFAX INFORMATION SERVICES, L.L.C., JPMORGAN CHASE BANK, N.A.; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>Defendants. | Case No.: CV12-00498 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Lucy H. Koh<br><br>Date Action Filed: January 31, 2012<br>Trial Date: Not Assigned |

110186.1

Defendant JPMorgan Chase Bank, N.A. ("Defendant") and Plaintiff Timothy Zorio ("Plaintiff") (Defendant and Plaintiff are referred to collectively herein as the "Parties"), by and through their counsel of record, hereby stipulates as follows:

WHEREAS, Plaintiff filed a Complaint on January 31, 2012 in United States District Court; and

WHEREAS, Defendant was served on Defendant on February 9, 2012; and

WHEREAS, Defendant's filed a Motion to Dismiss the Complaint on March 1, 2012; and

WHEREAS, Defendant's Motion to Dismiss the Complaint was granted with leave to amend on October 1, 2012; and

WHEREAS, Plaintiff filed a First Amended Complaint was filed on October 22; and

WHEREAS, pursuant to Court Order, Defendant's responsive pleading is due on November 8, 2012;

WHEREAS, Northern District of California Local Rule 6-2 (b) provides that the Court may extend the time for a party to respond;

WHEREAS, the undersigned Parties stipulate to extend Defendant's time to move against, answer, or otherwise respond to the Plaintiff's First Amended Complaint be extended to December 10, 2012;

WHEREAS, the Parties are engaged in settlement discussions to resolve this matter amicably, and the Parties agree that judicial economy and the interests of the Parties in avoiding unnecessary expenses would be best served and promoted by extending the time required for Defendants to respond to the First Amended Complaint;

NOW, THEREFORE, the undersigned parties stipulate that the time for Defendant to move against, answer, or otherwise respond shall be extended to December 10, 2012;

This stipulation is not a waiver by either of the Parties to this stipulation as to any rights, claims, nor defenses, including venue, as to this action. This stipulation may be executed in counterparts, including by signature, by facsimile, or electronically.

110186.1

Dated: November 2, 2012

        BRYAN CAVE LLP
        Daniel Rockey
        Goli Mahdavi
        David A. Owens

        By: /s/ David A. Owens
        Attorneys for Defendant
        JPMorgan Chase Bank, N.A.

Dated: November 2, 1012

        STEBURG LAW FIRM
        Anita L. Steburg

        By: /s/ Anita L. Steburg
        Attorneys for Plaintiff
        Timothy Zorio

**[PROPOSED ORDER]**

Pursuant to the Stipulation to Extend Time to Respond to First Amended Complaint,

**IT IS HEREBY ORDERED THAT:**

1. Defendant shall have until December 10, 2012 to file a response to Plaintiff's First Amended Complaint.

Dated: November 14, 2012

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Judge