UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, L.L.C;<br>CHASE HOME LENDING, a subsidiary of JP<br>MORGAN CHASE, N.A.; SETERUS, INC.,<br>formerly known as IBM LENDER BUSINESS<br>PROCESS SERVICES, INC.,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-00498-LHK<br><br>ORDER TO FILE STIPULATIONS OF DISMISSAL |

On October 13, 2012, Plaintiff Timothy Zorio ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") filed a joint notice of settlement. ECF No. 62. Plaintiff and Equifax indicated that they would file a stipulation of dismissal with prejudice when the agreement was finalized, but have not, as of yet, filed any stipulation. Plaintiff and Equifax are hereby ORDERED to file their stipulation of dismissal within fourteen days of this Order.

On January 11, 2013, Plaintiff and Defendant JP Morgan Chase Bank, N.A. ("Chase") filed a joint notice of settlement. Plaintiff and Chase indicated that they will file a stipulation of dismissal with prejudice when the agreement is finalized. Plaintiff and Chase are hereby ORDERED to file their stipulation of dismissal within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: January 14, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 5:12-CV-00498-LHK
ORDER TO FILE STIPULATIONS OF DISMISSAL