THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 210
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

ANITA STEBURG (State Bar No. 245933)
STEBURG LAW FIRM, P.C.
1798 TECHNOLOGY DRIVE, SUITE 258
SAN JOSE, CA 95110
Tel: (408) 573-1122
Fax: (408) 573-1126
Email: anita@steburglawfirm.com

Attorney for Plaintiff TIMOTHY ZORIO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY ZORIO, an individual, | Case No: CV-12-00498-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER ON PLAINTIFF TIMOTHY ZORIO AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S JOINT STIPULATION OF DISMISSAL** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; CHASE HOME LENDING, a subsidiary of JP MORGAN CHASE, N.A.; SETERUS, INC., formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC., | |
| Defendants. | |

**O R D E R**

CONSIDERING the foregoing Joint Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED, AND DECREED that the claims and demands of Plaintiff, Timothy Zorio, against Defendant Equifax Information Services LLC, be, and the

- 1 –
**[PROPOSED] ORDER ON PLAINTIFF TIMOTHY ZORIO AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S JOINT STIPULATION OF DISMISSAL**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

1 | same hereby are, DISMISSED, WITH PREJUDICE, with each party to bear its own costs.

3 | DATED: January 30, 2013  _____/s/ Lucy H. Koh_____
4 | THE HONORABLE LUCY H. KOH

- 2 –
[PROPOSED] ORDER ON PLAINTIFF TIMOTHY ZORIO AND DEFENDANT
EQUIFAX INFORMATION SERVICES LLC'S JOINT STIPULATION OF DISMISSAL