Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
TIMOTHY ZORIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; CHASE HOME LENDING a subsidiary of JP MORGAN CHASE, N.A.; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>Defendants. | Case No.: CV12-00498 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JP MORGAN CHASE BANK, N.A., ONLY** |

1

1

2

3

4          **IT IS HEREBY STIPULATED** by and between plaintiff Timothy Zorio and Defendant

5     JP Morgan Chase Bank, N.A., that the above-captioned action be and hereby is dismissed with

6     prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

7

8                                                      Respectfully Submitted,

9

10    DATED: January 29, 2013                **STEBURG LAW FIRM**

11

12                                           By:     /s/ Anita L. Steburg
                                                     Anita L. Steburg
13                                                   Attorney for Plaintiff
                                                     TIMOTHY ZORIO
14

15

16    DATED: January 29, 2013                **BRYAN CAVE, LLP**

17                                           By:     /s/ David A. Owens
                                                     David A. Owens
18                                                   Attorneys for Defendant
                                                     JPMORGAN CHASE BANK, N.A.
19

20

21

22

23

24

25

26

27

28

2

1

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff Timothy Zorio and

4    Defendant JP Morgan Chase Bank, N.A. be and hereby is dismissed with prejudice pursuant to

5    Rule 41(a)(1) of the Federal Rules of Civil Procedure.

6

7

8    **IT IS SO ORDERED.**

9
     DATED:_____January 30, 2013_____          _Lucy H. Koh_____
10                                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3