**THE RYAN FIRM**
A Professional Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE

| | |
|---|---|
| TIMOTHY ZORIO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C; EQUIFAX INFORMATION SERVICES, L.L.C; CHASE HOME LENDING, a subsidiary of JP MORGAN CHASE, N.A.; SETERUS, INC., formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>　　　　Defendants. | CASE NO.:   5:12-cv-00498-PSG<br>Date Action Filed:   January 31, 2012<br><br>Hon. Paul Singh Grewal<br><br>**[PROPOSED] ORDER TO CONTINUE TRIAL DATE**<br><br>DATE:　　　August 12, 2013<br>TIME:　　　9:00 a.m.<br>CTRM.:　　　8 |

## ORDER

The Court, having reviewed the Stipulation of the parties hereto, by and through their counsel of record, and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that the trial date in the above-entitled matter, currently scheduled for August 12, 2013, at 9:00 a.m., is vacated and set for the first available date on the Court's calendar after February 12, 2014. Trial in this matter is now set for February ~~17~~ 24, 2014, at 9:30 a.m. in Courtroom 5 of the above-entitled Court.

**IT IS FURTHER ORDERED** that all deadlines set by the Court in this matter, and calculated based on the trial date of August 12, 2013, are vacated and set in accordance with the new trial date. The case schedule is now set as follows:

- FACT DISCOVERY CUTOFF: September 13, 2013
- EXPERT DISCOVERY:
    - Opening Reports: September 27, 2013
    - Rebuttal Reports: October 11, 2013
    - Cut-off: October 25, 2013
- DISPOSITIVE MOTIONS:
    - Shall be filed ~~by~~ in accordance to Civil L.R.
    - And set for hearing no later than December 17, 2013 at 10:00 a.m.
- PRETRIAL CONFERENCE DATE: February 4, 2014 at 10:00 a.m.
- JURY TRIAL DATE: as set forth above
- TRIAL LENGTH is estimated to be 3 days.

**IT IS SO ORDERED**.

DATED: March 14, 2013

_____
HONORABLE PAUL SINGH GREWAL
MAGISTRATE JUDGE, U.S.D.C.

THE RYAN FIRM
A Professional Corporation

2

[~~Proposed~~] Order to Continue Trial Date